**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-7400**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JAMES ERNEST LESPIER,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Bryson City.  Martin K. Reidinger, Chief District Judge.  (2:10-cr-00009-MR-WCM-1)

Submitted:  March 16, 2023                          Decided:  March 21, 2023

Before WILKINSON, AGEE, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James Ernest Lespier, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Ernest Lespier appeals the district court's order denying his 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release.  Upon review, we discern no abuse of discretion in the district court's denial of Lespier's motion.  *See United States v. High*, 997 F.3d 181, 185 (4th Cir. 2021) (stating standard of review).  Accordingly, we affirm the district court's order.  *United States v. Lespier*, No. 2:10-cr-00009-MR-WCM-1 (W.D.N.C. Nov. 14, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*